■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL FONTANEZ, Appellant. — Judgment of the Supreme Court, Queens County (Leahy, J., at plea and sentence; Eiber, J., at suppression hearing), rendered January 5, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Mangano, Gibbons and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN JENSEN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered May 9, 1980, convicting him of robbery in the first degree, robbery in the second degree (three counts), and burglary in the first and second degrees, upon a jury verdict, and imposing sentence *in absentia.* Judgment modified, on the law, by vacating the sentences imposed. As so modified, judgment affirmed and matter remitted to Criminal Term for a hearing and resentencing in accordance herewith. As the District Attorney candidly concedes, a hearing was required when defense counsel at sentencing asserted that defendant's predicate felony conviction was obtained in derogation of his constitutional rights (see CPL 400.21, subds 5, 7, par [b]; *People v Barrows,* 65 AD2d 625; *People v Fraser,* 54 AD2d 965; cf. *People v De Berry,* 73 AD2d 652). We have considered the other contentions raised by defendant and find them to be without merit (see *People v Guzman,* 89 AD2d 14 and *People v Wells,* 89 AD2d 1020 with respect to defendant's claim as to the Grand Jury). O'Connor, J. P., Bracken, Niehoff and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RAUL RIVERA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Felig, J.), rendered April 30, 1979, convicting him of petit larceny, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; cf. *People v Gonzalez,* 47 NY2d 606). Counsel's application for leave to withdraw is granted. Thompson, J. P., Bracken, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME SERRANO, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (D'Amaro, J.), imposed March 31, 1981. Appeal dismissed as moot. The defendant completed his sentence prior to perfecting his appeal. We note that if we were not dismissing the appeal as moot we would affirm the sentence. Titone, J. P., Weinstein, Niehoff and Rubin, JJ., concur.